FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No.: CR 12-0299-GAF/ODW
                           )
              Plaintiff,   )
                           )
         vs.               )   ORDER OF DETENTION AFTER HEARING
                           )   [Fed. R. Crim. P. 32.1(a)(6);
Natalie Dee Gomez,         )   18 U.S.C. § 3143(a)]
                           )
              Defendant.   )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist/California for alleged violation(s) of the terms and conditions of his/**her** [probation] [**supervised release**]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on limited background information, no confirmed bail resources, apparent substance abuse concerns, did not appear before J. Wright

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/1/13

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE